Mr. James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady, Texas 75851

37,214-03

certified No.7011 3500 0002 4014 3810

August 3, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol station,
201 West 14th St, Room 106
Austin, Texas 78701

This document contains some
pages that are of poor quality
at the time of imaging.

RE: IN RE James Albert Duke V. The Clerk, Case No.8671,
    Motion for Leave to File Writ of Mandamus, Petition
    For Mandamus, and Motion for Leave To File the Original
    Only:

Dear Hon. Acosta:

    The purpose of this inquiry is to file Petitioner's
Motion for Leave to file Writ of Mandamus, Mandamus for
Relief. Also, Petitioner is seeking to have Leave to file
the Originals Only. Please fine all Material enclosed
file all material for the Court's consideration.

Please inform Petitioner of any movement by the Court
in this matter. Please file all attached exhibits in this cause.

I thank you for your time and consideration.
I await your response. I Remain.


Sincerely,

*James A. Duke*

X

James Albert Duke

cc/jps/ass/jad
 Trinity County District Clerk
*Enclosures
*art.11.07 application
*Motions
*Motions for Leave, Mandamus
*Exhibits

IN THE TEXAS COURT OF
CRIMINAL APPEALS
AUSTIN, TEXAS

IN RE
JAMES ALBERT DUKE,             X
        Petitioner       X
V.                        X   NO._____
                        X
THE CLERK,             X   From the 411th District
       Respondent      X   Court Trinity County, Texas
                           Case No.8671

PRO SEE MOTION REQUESTING LEAVE TO FILE
AN ORIGINAL COPY ONLY OF THE   MOTION
FOR LEAVE TO FILE WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

     COMES NOW the Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Motion for leave to file writ of mandamus and in support thereof would show to the Court the following:

1.   The style and appeal number in the Trinity County 411th Judicial District Court is; James Albert Duke V. The Clerk of Trinity County, Case 8671.

2.   The Petitioner moves that,pursuant to Rule 2,Texas Rule of Appellate Procedure,this Court suspend Rule 9.3(b),Texas Rules of Appellate Procedure,that requires the filing of (11) copies of the Motion for Leave to File Writ of Mandamus and Writ of Mandamus with the Court.

3.   The facts relied upon to show good cause for this request are, as follows: The Petitioner is index incarcerated and the prison system does not provide access to a photo copier.The Petitioner is presently not represented by counsel and intends to file a PRO SE Petition for Mandamus Relief

1.

WHEREFORE,PREMISES CONSIDERED,the Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Motion for Leave to File Writ of Mandamus and Mandamus with the Court.

Respectfully submitted,

*James Albert Duke*

James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

Pro se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Trinity County District Clerk,and Hon.Abel Acosta Clerk Texas Court of Criminal Appeals on this 3⁻ day of August 2015.

*James Albert Duke*

James Albert Duke

2.

IN THE TEXAS COURT OF
CRIMINAL APPEALS
AUSTIN, TEXAS

IN RE

JAMES ALBERT DUKE,            X

        Petitioner        X

V.                          X     No._____

                           X

THE CLERK,               X     From The 411th District

        Respondent       X     Court Trinity County, Texas

                                 Case No.8671.

## PETITIONER'S MOTION FOR LEAVE TO FILE
## WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

     Petitioner, James Albert Duke, moves this Honorable Court to grant

Petitioner's Motion For Leave To File Writ of Mandamus that accompany

his Writ of Mandamus pursuant to     Rule 72.1 of the Texas Rule of

Appellate Procedures for Extraodinary Matters.

I.

1.     Petitioner as Relator, seeking Mandamus Relief, have a clear right

to the relief sought, meaning that the merits of the relief sought are

beyond dispute.

2.     An applicant seeking habeas corpus relief has a Constitutional

Right to access to court as well as a statutory right to file an

application for writ of habeas corpus with the District Clerk, Tex.Const,

art 1,§ 12; Tex.Code Crim.Proc.Art 11.07,§ 3(b), and art 11.073.

Furthermore, only the legislature has the right to suspend statutory

laws. Tex.Const.Art 1,§ 28.

1.

3.   Petitioner alleges that he has a final conviction for felony offense in Case No.8671 of the 411th Judicial District Court of Trinity County,Texas. He asserts that   he attempted to file his Application for art 11.07 and 11.73 in received no response.

a).   He asserts that he attempted to file an application for writ of habeas corpus with the district clerk on February 9,2015,in which the clerk failed to process.

b).   On March 2.2015,Petitioner sent the district clerk a letter inquiring about the application sent to the clerk february 9, 2015,and received no response.

c).   On April 27,2015,Petitioner further attempted to inquire about his application mailed February 9,2015,and that notice of mandamus would be pursued.

d).   On May 4,2015,Petitioner contacted the Court of Criminal Appeals Clerk Hon.Abel Acosta,inquiring about Petitioner's application filed in Trinity County February 9,2015.

e).   On May 13,2015,Petitioner received a response from Hon.Abel Acosta Clerk,informing him that no application for writ of habeas corpus had been filed in the Court of Criminal Appeals.

f).   On May 20,2015,Petitioner served Notice of Mandamus,by certified mail No.7011 3500 0002 4014 3827,and received by the district clerk May 29,2015.

g).   On May 29,2015,Trinity County District Clerk sent Petitioner a copy of the Clerk's Records Writ of Habeas Corpus,Clerk's Summary Sheet,and Index To Clerk's Records dated April 1,2015.

h).   On June 29,2015,Petitioner served a second application for habeas corpus,Motion for Leave Requesting for Appointment of Counsel, Motion for New Trial,and Motion to Take Judicial Notice of Facts. The Trninty County District Clerk responded with (Notice(s)) titled WR;82-139-09, and WR;82-319-01,Wolf,Dwight had been forwarded to the Court of Criminal Appeals.

i).   On July 17,2015,Petitioner received a copy of a letter and Motions sent to the Trinity County District Clerk informing the clerk that the material filed by the clerk could not be processed due to no art.11.07 application being filed with the material,date July 9, 2015.

2.

4.    For the reasons listed above, Petitioner prays that this Honorable

Court of Criminal Appeals grant his Motion for Leave to File writ of

Habeas Corpus through his Mandamus for Relief, and all relief requested

herein.


        WHEREFORE, PREMISES CONSIDERED, Petitioner pray that
said Motion be granted and all things considered.


                                    Respectfully submitted,


                                    _James A. Duke_____
                                    James Albert Duke
                                    TDCJ# 1188448/Eastham
                                    2665 Prison Rd.#1
                                    Lovelady ,Texas 75851


                                    Pro se


                        Certificate of Service

        I certify that a true and correct copy of the foregoing
was served on Trinity County Clerk, and Hon.Abel Acosta, Clerk
Texas Court of Criminal Appeals on this 3rd day of August 2015.

                        _James A. Duke_____
                        James Albert Duke


                    Unsworn Declaration

        I, James Albert Duke, TDCJ# 1188448, declare under penalty
of purjury that the foregoing are true and correct. Tex.Civ.
Prac & Rem  .Code §132.001, Executed on this 3rd day of August
2015.
                        _James A. Duke_____
                        James Albert Duke

                        3.

IN THE TEXAS COURT OF
CRIMINAL APPEALS
AUSTIN,TEXAS

IN RE
JAMES ALBERT DUKE,                    X
          Petitioner                  X      No._____
V.                                    X
                                      X      From The 411th District
THE CLERK,                            X      Counrt Trinity County,Texas
          Respondent                  X      Case No.8671


## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES,James Albert Duke,Petitioner herein,and submits this

Mandamus Writ pursuant to the provisions of Rule 72.1 and 2 of the

Texas Rules of Appellate Procedures.


1.    This petition seeks to have this Honorable Court to Compel the

Respondent to file and forward his Application for A Writ of Habeas Corpus

to the Texas Court of Criminal Appeals,so that this Court can altimately

entertain its exclusive jurisdiction over said Habeas Corpus Art.11.07

and Art.11.073 of the Texas Code of Criminal Procedures.


2.    For clarification purposes,the Habeas Application the Clerk failed

to process and forward to the Texas Court of Criminal Appeals is the

first of such pleading filed by the Petitioner attacking the validity

of the Petitioner's sentence through Actual Innocence and Ineffective

Trial and Appellate Counsel,pursuant to art.11.07 and art.11.073 of

the Texas Code of Criminal Procedures.


1.

## NOTICE REQUIREMENT

3.    Petitioner have complied with all Notice Requirements of Rule 694

of the Texas Rule of Civil Procedure for seeking Mandamus Relief

in the Texas Court of Criminal Appeals. See,exhibit marked No.6,in the

appendix.


## STATEMENTS OF FACTS

4.    Petitioner would assert the following facts to support

his claim;

a).    He asserts that he attempted to file an application for writ of
       habeas corpus with the district clerk on February 9,2015,in
       which the clerk failed to process. See,exhibit No.1,in appendix.

b).    On March 2,2015,Petitioner sent the district clerk a letter
       inquiring about the application sent to the clerk February 9,
       2015,and received no response.See,exhibit No.2,in appendix.

c).    On April 27,2015,Petitioner further attempted to inquire about
       his application mailed February 9,2015,and that notice of
       mandamus would be pursued.See,exhibit No.3,in appendix.

d).    On May 4,2015,Petitioner contacted the Court of Criminal Appeals
       Clerk Hon.Abel Acosta,inquiring about Petitioner's application
       filed in Trinity County February 9,2015.See,exhibit No.4,in appendix.

e).    On May 13,2015,Petitioner received a response from Hon.Abel Acosta
       Clerk,informing him that no application for writ of habeas corpus
       had been filed in the Court of Criminal Appeals.See,exhibit No.5,
       in appendix.

f).    On May 20,2015,Petitioner served Notice of Mandamus,by certified
       mail No.7011 3500 0002 4014 3827,and received by the district
       clerk may 29,2015.See,exhibit No.6,in appendix.

g).    On May 29,2015,Trinity County District Clerk sent Petitioner a
       copy of the Clerk's Record Writ of Habeas Corpus,Clerk's Summary
       Sheet,and Index To Clerk's Records dated April 1,2015.See,exhibit
       No.7,in appendix.


2.

h). On june 29,2015,Petitioner served a second apllication for habeas. corpus,Motion for Leave Requesting.for Appointment of Counsel, Motion for New Trial,and Motion.to Take Judicial. Notice of Facts. The Trinity County.District.Clerk responded with (Notice(s)) titled WR;82-139-09,and WR;82-319-01,Wolf,Dwight had been forwarded to the Court of.Criminal Appeals.See,exhibit No.8,in the appendix.

i). On July 17,2015,Petitioner received a copy of a letter and motions sent to the Trinity County.District Clerk informing.the clerk that the material filed by.the clerk could not be processed due to no ·art.11.07 application being filed with.the material,dated July 9, 2015,from the Court of Criminal Appeals.clerk.See.exhibit.No.9,in appendix.

## LEGAL CLAIMS

5. Petitioner-Relator asserts that,the Trinity County.District Clerk have a duty to forward his art.11.07 or art.11.073 application for writ of habeas corpus to the Clerk for the Texas.Court of Criminal. Appeals for consideration,pursuant to art.11.07,§3(b) of the Texas Code of Criminal Procedures.

An applicant.for habeas corpus relief has a Constitutional right to access to courts as well.as a statutory right to file an application for writ of habeas corpus with the district clerk.Tex.Const..,art.I,§ 12; Tex.Code.Crim.Proc., art.11.07,§ 3(b). Furthermore,only the legislature has the right to suspend statutory laws.Tex.Const.Art.,I,§ 28.

Mandamus relief may be granted if the Petitioner-Relator shows. the following; (1) that the act sought. to be compelled is purely ministerial and (2) that there is no adequate.remedy.at law.See,Winters V.Presiding Judge of the Crim.Dist.Court No.Three, 118.S.W.3d 773,775 (Tex.Crim.App 2003). Additionally,the petitioner-relator must have a clear right to the relief sought,meaning that the merits of the relief sought are beyond dispute,Id.at 775 (Citing In re Rodriguez, 77 S.W.3d 459,461 (Tex.App.Corpus Christi 2002).

3.

"The requirement of a clear legal right necessitates that the law plainly describes the duty to be performed such that there is no room for the exercise of discretion."Id.

Petitioner would assert that,pursuant to art.11.07,.§ 3(b)(c)(d), and art.11.073,of the Texas Code of Criminal Procedures,the (Clerk) has a duty to accept an application and file in process the application to be forwarded to the Clerk of the Texas Court of Criminal Appeals. The Trinity County District Clerk's duty is ministerial.Thus,the first requirement for mandamus relief is fulfilled.

There is no provision for an appeal concerning the (Clerk's) refusal to perform the ministerial duty to accept,file,and process papers. The inability to appeal leaves petitioner-relator with no adequate remedy at law. Therefore,Petitioner has met the second requirement for mandamus relief. All requirements have been met and relief should be granted.

It is also significant to note that the due process and due course of law clauses of the U.S.Constitution and Texas Constitution affords this Petitioner a right to the validity of his conviction through the filing of an art.11.07 writ of habeas corpus application.

But this right is being circumvented through the failure of the Clerk of Trinity County to file and forward the Art.11.07,Art.11.073 application to the appropriate Court so that a determination can be made on the merits of the issues presented.

4.

WHEREFORE,PREMISES CONSIDERED, Petitioner prays that his Mandamus is granted and all things within considered for relief.To include all exhibits in the attached appendix.

Respectfully submitted,

X

James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

Pro se

### Certificate of Service

I certify that a true and correct copy of the foregoing was served on Trinity County District Clerk,162 W.First St, Groveton,Texas 75845,and Hon.Abel Acosta,Clerk Texas Court of Criminal Appeals,P.O.Box 12308,Capitol Station,Austin,Texas 78711,executed on this 3rd day of August 2015.

X

James Albert Duke

### Unsworn Declaration

I,James Albert Duke,TDCJ# 1188448,declare under penalty of purjury that the foregoing are true and correct to the best of my personal knowledge.Tex.Civ.Prc & Rem Code §132.001, Executed on this 3rd day of August 2015.

X

James Albert Duke

5.

# APPENDIX LIST

EXHIBITS:

Exhibit No.1
Letter to Trinity County District Clerk February 9,2015,filing art.11.07
and motions.

Exhibit No.2
Letter to Trinity County District Clerk March 2,2015.

Exhibit No.3
Letter to Trinity County District Clerk April 27,2015.

Exhibit No.4
Letter to the Texas Court of Criminal Appeals Clerk Hon.Abel Acosta
Clerk dated May 4,2015.

Exhibit No.5
Letter I received from the Texas Court of Criminal Appeals Clerk
Abel Acosta dated May 13,2015.

Exhibit No.6
Petitioner's Notice of Mandamus to the Trinity County District Clerk
dated May 20,2015.

Exhibit No.7
The Trinity County District Clerk's response to my notice to file mandamus
for relief dated dated June 2,2015.

Exhibit No.8
Letter to Trinity County District Clerk requesting that she file
petitioner's second art.11.07 application and motions dated June
29,2015

Exhibit No.9
Petitioner received a response to his letter dated June 29,2015,from
Trinity County District Clerk dated July 6,2015,as exhib (9).

Exhibit No.10
Petitioner's response to the Trinity County District Clerk's reply to
his art.11.07 June 29,2015,from letter dated July 13,2015.


Eh Exhibit No.11
Letter to the Trinity County District from the Texas Court of Criminal
Appeals dated july 9,2015.

end of exhibits.                          Case No.8671

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

February 9,2015

Hon.Cheryl Cartwright
District Clerk
P.O.Box 549
Groveton,Texas 75845-0549

RE: The State of Texas V. James Albert Duke,Cause No.8671
   Application for Habeas Corpus 11.07 and 11.073 and
   Motions For Leave To File Request For Appointment of
   Counsel,Motion For New Trial,and Motion To Take
   Judicial Notice Of Facts:

Dear Hon.Cartwright:

   Please find Applicant's Application for Habeas Corpus
and Motions For Leave To File Request For Appointment of
Counsel,Motion For New Trial,and Motion To Take Judicial
Notice of Facts enclosed.

Please file all material with the Court for Consideration.


I thank you for your time and assistance.
I Await your response. I Remain.

cc/jpe/apl/jad


Sincerely,

James Albert Duke

*enclosures

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851


March 2,2015


Hon.Cheryl Cartwright
District Clerk Trinity County
P.O.Box 549
Groveton,Texas 75845-0549


RE: The State of Texas V.James Albert Duke,Cause No.8671,
    Application for haeas corpus 11.07 and 11.073,and
    Motions for Leave to file Request for Appointment of
    Counsel,Motion for New Trial,and Motion to Take
    Judicial Notice of Facts:


Dear Hon.Cartwright:

      The purpose of this inquiry is to accomplish the date
that your office received the above listed Motions and
Application for Habeas Corpus? So that I can be in
compliance with Art.11.07 and expiration of time for the
State or Prosecutor to act on my Art.11.07 Application,
and any motions filed within.

The Application for 11.07 and Motions are dated February 9th
2015.


I thank you for your time and assistance with this matter!
I await your response. I Remain.


Sincerely,

James Albert Duke

James Albert Duke


cc/jps/apl/jed                              file

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851


April 27,2015


Kristin Raiford
District Clerk Trinity County
Court House 162 W.1st
Groveton,Texas 75845


RE: The State of Texas V.James Albert Duke,Cause No.8671-B
    Application For Habeas Corpus Art.11.07 and Art.11.073,
    Motion For Leave To File Request For Appointment Of
    Counsel,Motion For New Trial,and Motion To Take
    Judicial Notice of Facts:


Dear Hon.Raiford:

      The purpose of this inquiry is to accomplish aa response
to my Art.11.07 and Art.11.073 Habeas Corpus Application
mailed to your office February 9,2015,with the claims of
Ineffective assistance of counsel at trial and on appeal.

I also,mailed a second letter dated March 2,2015,inquiring
about the application and all material filed along with the
application.Did your office receive the application? If not,
please inform as soon as possible that your office have not
received the material so I can take the appropriate action
to locate the material or refile it?

If no response is received from your office.My next step
will be to submit a (Notice) of Mandamus seeking a response.

I Thank You For Your Time And Assistance With This Matter!
I Await Your Response.I Remain.


Sincerely,

James Albert Duke                          cc/jps/jed
                                           file/pla

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851


May 4,2015


Hon.Abel Acosta,Clerk
Texas Court of Criminal Appeals
Supreme Court Building
201 West 14th Street RM-106
Austin,Texas 78701


RE: THE STATE OF TEXAS V. James Albert Duke,Cause No.8671-B,
    Application For Habeas Corpus Art.11.07 and Art.11.073,
    Filed In This Appeals Court April 1,2015:


Dear Hon.Acosta:

     The purpose of this inquiry is to confirm that the
Texas Court of Criminal Appeals received my Habeas Corpus
Application Dated February 9,2015,filed in Trinity County,
Texas?

If the Trinity County District Clerk have filed the Application
in this Court,Please inform me of said filing date and file
number? The Trinity County District Fail To Be In Compliance
With The Texas Rules Of Criminal Procedure Art.11.07 Procedures.

I thank you for your time and assistance with this matter!
I Await your response.I Remain.


Sincerely,

James A Duke


James Albert Duke


cc/jps/apl/
file/jad

5

Exh-C

Exhi (5)



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

May 13, 2015

James Duke #1188448
Eastham Unit
2665 Prison RD. #1
Lovelady, TX 75851

RE: Trial Court Case # 8671-B

Dear Mr. Duke:

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure

Exhit (5)

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851


May 4,2015


Hon.Abel Acosta,Clerk
Texas Court of Criminal Appeals
Supreme Court Building
201 West 14th Street RM-106
Austin,Texas 78701


RE: THE STATE OF TEXAS V. James Albert Duke,Cause No.8671-B,
    Application For Habeas Corpus Art.11.07 and Art.11.073,
    Filed In This Appeals Court April 1,2015:


Dear Hon.Acosta:

     The purpose of this inquiry is to confirm that the
Texas Court of Criminal Appeals received my Habeas Corpus
Application Dated February 9,2015,filed in Trinity County,
Texas?

If the Trinity County District Clerk have filed the Application
in this Court,Please inform me of said filing date and file
number? The Trinity County District Fail To Be In Compliance
With The Texas Rules Of Criminal Procedure Art.11.07 Procedures.

I thank you for your time and assistance with this matter!
I Await your response.I Remain.



Sincerely,
James a-Duke



James Albert Duke


cc/jps/apl/
file/jad

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 6 2015
Abel Acosta, Clerk

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

certified No.7011 3500 0002 4014 3827

Date: May 20,2015

F I L E D
AT 2:00 O'CLOCK P M

MAY 2 9 2015

Kristen Raiford
District Clerk, Trinity Co.

District Clerk of
Trinity County
Court House 162 W.First Street
Groveton,Texas 75845

RE: RELATOR, JAMES ALBERT DUKE,/
NOTICE OF EX PARTE HEARING,PURSUANT TO TEXAS
RULE OF CIVIL PROCEDURE 694,MANDAMUS:

Dear District Clerk:

The purpose of this "Notice of Ex Parte Hearing" is to inform you that James Albert Duke,Relator shall pursue,a Mandamus pursuant to the provisions of Rule 72.1 and 2 of the Texas Rules of Appellate Procedure, that if the District Clerk of Trinity County continue to fail to process and forward Relator's Application For Writ of Habeas Corpus Art.11.07 and Art.11.073 to the Texas Court of Criminal Appeals Austin,Texas.

Relator,James Albert Duke mailed his Application for writ of Art.11.07 and 11.073 and Motions for Leave To File Request For Appointment of Counsel,Motion For New Trial,and Motion To Take Judicial Notice of Facts,February 9,2015.

After receiving no response.Relator inquired about the reason that his Application Art.11.07 and Motions had not been processed through serveral letters dated March 2,2015 and April 27,2015 and received no response.

Relator contacted the Clerk of the Texas Court of Criminal Appeals May 4,2015 and received a response May 13,2015 informing him that no Application had been filed in that Court.

An Applicant for habeas corpus relief has a Constitutional Right to access to the Courts as well as a statutory right to file an application for writ of habeas corpus with the district clerk. Tex.Const.Art 1,§ 12; Tex Code of Crim Proc.Art 11.07,§ 3(b), 4(a)(1)(2).

Page 1 of 2

This (NOTICE) that an Ex Parte Hearing will be pursued if the material mention above is not filed by Trinity County District Clerk and forwarded to the Texas Court of Criminal Appeals pursuant to Art.11.07. §3(b) or within thirty days (30) after receiving this notice by certified mail.

I thank you for your time and consideration.
I Await your response. I remain.

Sincerely,

X *[signature]*

James Albert Duke
          (PLA) ASSIST

(TCPRC-132.001),I declare under penalty of purjury that the foregoing are true and correct to my personal knowledge.Executed on this 20th day of May 2015.

X *[signature]*
Ja es Albert Duke

Page 2 of 2

# CLERK'S RECORDS

WRIT OF HABEAS COUPUS
CAUSE NO.

*VOLUME 1 OF 1*
*TRIAL COURT CAUSE NO. 8671*

*IN THE 411TH COURT OF TRINITY COUNTY, TEXAS*
*HONORABLE ROBERT H. TRAPP, JUDGE PRESIDING*

*APPEALED TO THE COURT OF CRIMINAL APPEALS*

*ATTORNEY FOR APPELLANT(S): EX PARTE*
*NAME:*
*ADDRESS:*
*TELEPHONE NO.*
*SBOT NO.*
*ATTORNEY FOR:*

*Mailed to the COURT OF APPEALS, AUSTIN TEXAS*

*On the* 1 *day of* APRIL *, 20* 15

*Signature of Clerk* Kristen Raiford
*Name of Clerk: Kristen Raiford*
*TITLE: DISTRICT CLERK*

*BY:* Kathy Brown
*DEPUTY CLERK*

*Appellate Court Cause No.* ___

*Filed in the* ___ *this* ___ *day of* ___, *2015.*

*CLERK*
*BY:* _____ *DEPUTY CLERK*

1

*Ex Parte:*

Application for Writ of Habeas
Corpus from Trinity County, Texas
411th Judicial District Court

## TRIAL COURT WRIT NO. 8671

## CLERK'S SUMMARY SHEET

APPLICANT'S NAME: JAMES ALBERT DUKE

OFFENSE: AGGRAVATED ASSAULT WITH A DEADLY WEAPON 2ND DEGREE
ENHANCED TO A FRIST

CAUSE NO. 8671

PLEASE ENTERED:

__X__ GUILTY
____ NOT GUILTY
____ NOLO CONTENDERE
____ NOT TRUE IN PART
____ TRUE IN PART

SENTENCE: 85 YEARS

TRIAL DATE: AUGUST 18, 2003

JUDGE'S NAME: ROBERT H. TRAPP

APPEAL NO.:

CITATION TO OPINON: NO

HEARING HELD: NO

FINDINGS AND CONCLUSIONS FILED: NO

RECOMMENDATION: NO

JUDGE'S NAME: ROBERT H. TRAPP

CAUSE NO. 8671

THE STATE OF TEXAS        &        IN THE DISTRICT COURT

VS        &        OF TRINITY COUNTY, TEXAS

JAMES CODY DUKE
TDC#1188488        &        ___TH JUDICIAL DISTRICT

## INDEX TO CLERK'S RECORD

APPLICATION FOR WRIT OF HABEAS CORPUS SEEKING
RELIEF FORM FINAL FELONY CONVICTION UNDER
CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07
    FILED ON FEBRUARY 18, 2015..................................................1-11


INDICTMENT
    FILED ON 7/11/2003.......................................................... 12-13

JUDGEMENT OF CONVICTION BY COURT
    FILED ON 8/20/2003..........................................................14-16

DOCKET SHEET ................................................................ 17-18

CLERK'S CERTIFICATE ......................................................... 19

Mr.James Albert Duke
TDCJ# 1186448/Eastham
2665 Prison Rd 81
Lovelady,Texas 75851

certified mail #7011 3500 0002 4015 4626

June 29,2016

Hon.Kristin Relford
District Clerk of Trinity
County
162 W.First Street,Court House
Groveton,Texas 75845

RE: The State of Texas V. James Albert Duke,Cause No.8671,
Applicant's Application For Habeas Corpus Art.11.07 and
Art.11.073,Motion For Leave To File Request For
Appointment Of Counsel,Motion For New Trial,and
Motion To Take Judicial Notice Of Facts:

Dear Hon.Relford,Clerk:

The purpose of this inquiry is to (File) Applicant's
Second Application For Habeas Corpus pursuant to Art 11.07
of the Texas Code of Criminal Procedures in an attempt to
resolve the failure of the Trinity County District Clerk
process and file Applicant's first habeas corpus application
dated February 9,2016.

Applicant have also enclosed a (copy) of the Texas Court
of Criminal Appeals response to Applicant's inquiry about
the first habeas corpus application filed in Trinity County
marked as (Exhibit-C).

If the appropriate action is not taken by the District Clerk
of Trinity County,Applicant will pursue the appropriate
relief.

I thank you for your time and consideration.
I await your response.I Remain.

Sincerely,

James Albert Duke

James Albert Duke

(PLA)

cc/jps/jad

*enclosure

*Exhib (8)*

*SECOND*

# COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR A WRIT OF HABEAS CORPUS
## SEEKING RELIEF FROM FINAL FELONY CONVICTION
## UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

### INSTRUCTIONS

1. You must use the complete form, which begins on the following page, to file an application for a writ of habeas corpus seeking relief from a final felony conviction under Article 11.07 of the Code of Criminal Procedure. (This form is not for death-penalty cases, probated sentences which have not been revoked, or misdemeanors.)

2. The district clerk of the county in which you were convicted will make this form available to you, on request, without charge.

3. You must file the entire writ application form, including those sections that do not apply to you. If any pages are missing from the form, or if the questions have been renumbered or omitted, your entire application may be dismissed as non-compliant.

4. You must make a separate application on a separate form for each judgment of conviction you seek relief from. Even if the judgments were entered in the same court on the same day, you must make a separate application for each one.

5. Answer every item that applies to you on the form. Do not attach any additional pages for any item.

6. You must include all grounds for relief on the application form as provided by the instructions under item 17. You must also briefly summarize the facts of your claim on the application form as provided by the instructions under item 17. Each ground shall begin on a new page, and the recitation of the facts supporting the ground shall be no longer than the two pages provided for the claim in the form.

7. Legal citations and arguments may be made in a separate memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not.

8. You must verify the application by signing either the Oath Before Notary Public or the Inmate's Declaration, which are at the end of this form on pages 11 and 12. You may be prosecuted and convicted for aggravated perjury if you make any false statement of a material fact in this application.

9. When the application is fully completed, mail the original to the district clerk of the county of conviction. Keep a copy of the application for your records.

10. You must notify the district clerk of the county of conviction of any change in address after you have filed your application.

Rev. 01/14/14

Case No. _____
(The Clerk of the convicting court will fill this line in.)


IN THE COURT OF CRIMINAL APPEALS OF TEXAS

APPLICATION FOR A WRIT OF HABEAS CORPUS
SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: **JAMES ALBERT DUKE**

DATE OF BIRTH: **12/30/46**

PLACE OF CONFINEMENT: **(TDCJ-CID) Eastham Unit**

TDCJ-CID NUMBER: **#1188448**          SID NUMBER: _____

(1)    This application concerns (check all that apply):

☐    a conviction                    ☐    parole

☒    a sentence                      ☐    mandatory supervision

☐    time credit                     ☐    out-of-time appeal or petition for
                                           discretionary review

(2)    What district court entered the judgment of the conviction you want relief from?
       (Include the court number and county.)

       **411 Judicial District Court, Trinity County, Texas**

(3)    What was the case number in the trial court?

       **No.8671**

(4)    What was the name of the trial judge?

       **Hon.Robert Hill Trapp**

Effective: January 1, 2014                    1

Rev. 01/14/14

(5) Were you represented by counsel? If yes, provide the attorney's name:

Hon.Hal R.Ridley

(6) What was the date that the judgment was entered?

August 19,2003

(7) For what offense were you convicted and what was the sentence?

Aggravated Assault    85 years

(8) If you were sentenced on more than one count of an indictment in the same court at the same time, what counts were you convicted of and what was the sentence in each count?

(9) What was the plea you entered? (Check one.)

☒ guilty-open plea          ☐ guilty-plea bargain
☐ not guilty               ☐ *nolo contendere*/no contest

If you entered different pleas to counts in a multi-count indictment, please explain:

(10) What kind of trial did you have?

☐ no jury                  ☒ jury for guilt and punishment
                           ☐ jury for guilt, judge for punishment

2

Rev. 01/14/14

(11) Did you testify at trial? If yes, at what phase of the trial did you testify?

Yes,at the sentencing phase

(12) Did you appeal from the judgment of conviction?

☒ yes          ☐ no

If you did appeal, answer the following questions:

(A) What court of appeals did you appeal to?   First Court of Appeals

(B) What was the case number?   01-03-01218-CR

(C) Were you represented by counsel on appeal? If yes, provide the attorney's name:

Scott Pawgan

(D) What was the decision and the date of the decision?   Affirmed 2/3/05

(13) Did you file a petition for discretionary review in the Court of Criminal Appeals?

☒ yes          ☐ no

If you did file a petition for discretionary review, answer the following questions:

(A) What was the case number?   PD-0335-05

(B) What was the decision and the date of the decision?   Refused 8/31/05

(14) Have you previously filed an application for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure challenging *this conviction*?

☒ yes          ☐ no

If you answered yes, answer the following questions:

(A) What was the Court of Criminal Appeals' writ number?   8671-WR1

3

(B) What was the decision and the date of the decision?   **Denied 9/27/08**

(C) Please identify the reason that the current claims were not presented and could not have been presented on your previous application.

> This Application is being filed under Art.11.07.Sec.4.(a)(2), Art.11.073 with the Claim of Actual Innocence,A Schlup-Type Claim,is a Procedural Claim Which is tied to the showing of Constitutional Error at Trial and on Appeal of Ineffective Counsel in Violation of the Texas and U.S.Constitution under the VI and XIV;That have resulted in a Miscarriage of Justice. That by a preponderance of the evidence ,but for a violation of the United States Constitution no rational juror could have found applicant guilty or sentenced beyond a reasonable doubt.

(15) Do you currently have any petition or appeal pending in any other state or federal court?

☐ yes                    ☒ no

If you answered yes, please provide the name of the court and the case number:

_____

(16) If you are presenting a claim for time credit, have you exhausted your administrative remedies by presenting your claim to the time credit resolution system of the Texas Department of Criminal Justice? (This requirement applies to any final felony conviction, including state jail felonies)

☐ yes                    ☒ no

If you answered yes, answer the following questions:

(A) What date did you present the claim?   _____

(B) Did you receive a decision and, if yes, what was the date of the decision?

_____

If you answered no, please explain why you have not submitted your claim:

4

Rev. 01/14/14

_____

_____

_____

_____

_____

(17) Beginning on page 6, state *concisely* every legal ground for your claim that you are being unlawfully restrained, and then briefly summarize the facts supporting each ground. You must present each ground on the form application and a brief summary of the facts. *If your grounds and brief summary of the facts have not been presented on the form application, the Court will not consider your grounds.* If you have more than four grounds, use pages 14 and 15 of the form, which you may copy as many times as needed to give you a separate page for each ground, with each ground numbered in sequence. The recitation of the facts supporting each ground must be no longer than the two pages provided for the ground in the form.

You may include with the form a memorandum of law if you want to present legal authorities, but the Court will *not* consider grounds for relief set out in a memorandum of law that were not raised on the form. The citations and argument must be in a memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not. If you are challenging the validity of your conviction, please include a summary of the facts pertaining to your offense and trial in your memorandum.

5

Rev. 01/14/14

**GROUND ONE:** Applicant's Actual Innocence Claim,A Schlup-Type Claim,is a Procedural Claim which Applicant's Claim of Innocnece does not provide a basis for relief,but is tied to a showing of Constitutional Error at Trial and on Appeal due to Ineffective Counsel in Violation of the U.S.Const Amend VI and XIV;That resulted in a Miscarriage of Justice.

**FACTS SUPPORTING GROUND ONE:** Applicant received ineffective assistance of Counsel at Trial and on Appeal as follows;

1). Counsel's failure to research the law of this case and advance Applicant's only defense of Justification of Self-Defense and Self-Defense Apparent Danger after Applicant admits to the offense of Aggravated Assault under section 22.02 of the Texas Penal Code.Applicant's own testimony raised a defense under section 9.31 of the Texas Penal Code,denied Applicant a fair trial,a fundamental error.

2). Counsel's failure to object to the Court's charge to the jury to preserve any error for (Appellate Review) as required by Art.36.14 of the Texas Code of Criminal Procedure,denied Applicant right to preserve the error for Appellate review under Rule 33.1 of the Texas Rule of Appellate Procedure denied Applicant a fair trial,a fundamental error and Constitutional error under the VI and XIV Amendments of Texas and the United States.

3). Counsel's failure to request a jury instruction that the Court charge the jury on the law of Justification of Self-Defense,and Self-Defense Apparent Danger raised by the evidence of Applicant's testimony under the Texas Penal Code Section 9.31,precluded the jury from giving effect to the Applicant's only viable defense,denied Applicant a fair trial,a fundamental error.At the Sentencing Phase.

4). Applicant's Counsel on Appeal failure to raise an issue arguing that trial Counsel were ineffective in failing to; 1),Research the law available in this case and advance the law regarding Applicant's only defense of Justification of Self-Defense,and Self-Defense Apparent Danger. 2),Object to the Court's charge to the jury to preserve the asserted error for Appellate review. 3). Request a jury instruction that the Court's charge charge the jury on the law of Justification of Self-Defense,and Self-Defense Apparent Danger,precluded the jury from giving effect to Applicant's only defense,Constituted Ineffective Assistance of Counsel on Appeal in Violation of the Texas Constitution and U.S.Const Amends VI and XIV.

5). Applicant's Counsel on Appeal were Ineffective on direct appeal where Counsel presented a claim of arguable merit of victim's character evidence is allowed and (Affirmatively) argued against Applicant's case that the subject about the victim's prior convictions on drug charges.Counsel relied upon Article 38.36 of the Texas Code of Criminal Procedure,this statutory provision only applies in murder prosecutions.Applicant's case was a plea of guilty to the offense of Aggravated Assault with a deadly weapon,under section 22.02 of the Texas Penal Code,Constituted Ineffective Assistance of

6

Counsel on Appeal in Violation of the Texas Constitution and the U.S.Const Amends VI and XIV ,a Fundamental Miscarriage of Justice.

End of Error

Rev. 01/14/14

**GROUND TWO:** Applicant received Ineffective Assistance of Counsel at Trial in Violation of the Texas Constitution and U.S.Const Amends VI and XIV.

**FACTS SUPPORTING GROUND TWO:** Applicant received Ineffective Assistance of Counsel at trial of this case that have probably resulted in a denial to a fair trial of this case, a fundamental error in the Sentencing Phase in the following ways:

1). Counsel's failure to research the law of this case and advance Applicant's only available defense of Justification of Self-Defense and Self-Defense Apparent Danger, after Applicant admits to the offense of Aggravated Assault under section 22.02 of the Texas Penal Code. Applicant's own testimony raised a defense under section 9.31 of the Texas Penal Code, denied Applicant a fair trial, a fundamental error. See, (CR.V-2,pgs 20-21),(CR.V-3 pgs 8,27-28),and (CR.V-3,pgs 160-218).

2). Counsel's failure to object to the Court's charge to the jury to preserve any error for (Appellate Review) as required by law, Art.36.14 of the Texas Code of Criminal Procedure, denied Applicant the right to preserve the error for appellate review under Rule 33.1 of the Texas Rule of Appellate Procedure denied Applicant a fair trial, a fundamental error and Constitutional error under the VI and XIV Amendment Rights of Texas and the United States, See.(CR.V-3,pgs 115-116),(CR.V-3 pgs 128-130), (CR.V-3,pgs 144-192),(CR.V-3,pgs 203-207),and Clerk's Records V.015,pgs 551-553.

3). Counsel's failure to request a jury instruction that the Court charge the jury on the law of Justification of Self-Defense and Self-Defense Apparent Danger raised by the evidence of Applicant's testimony under the Texas Penal Code section 9.31 precluded the jury from giving effect to the Applicant's only viable defense, denied Applicant a fair trial, a fundamental error, See.(CR.V-3,pgs 160-192,line-19),and(CR.V-3,pgs 203-207,line-27), at the Sentencing Phase of Trial.

End of Error.

8

Rev. 01/14/14

Rev. 01/14/14

**GROUND THREE:** Applicant Received Ineffective Assistance of Counsel On Appellate Review in Violation of the Texas Constitution and U.S.Const Amends VI and XIV.

**FACTS SUPPORTING GROUND THREE:** Applicant Received Ineffective Assistance of Counsel on Direct Appellate Review in the following Ways:

1). Appellate Counsel's failure to raise an issue arguing that Counsel were ineffective in failing to ;1).Research the law available in this case and advance the law regarding Applicant's only defense of Justification of Self-Defense,and Self-Defense Apparent Danger. 2).Object to the Court's charge to the jury to preserve the asserted error for Appellate review.3).Request a jury instruction that the Court's charge charge the jury on the law of Justification of Self-Defense,and Self-Defense Apparent Danger,that precluded the jury from giving effect to Applicant's only defense,Constituted Ineffective Assistance of Counsel on Appeal in Violation of the Texas Constitution and U.S.Const Amends VI and XIV.See,(CR.Cited in Ground Two).

2). Appellate Counsel were Ineffective on direct appeal where Counsel presented a claim of arguable merit of victim's character evidence is allowed and (Affirmatively) argued against Applicant's case that the trial court should have allowed testimony from witness,Julie Loitz,about the victim's prior criminal convictions on drug charges.Counsel relied upon Article 38.36 of the Texas Code of Criminal Proceedure,thisdstatutory provision only applies to murder prosecutions,Applicant'plead guilty to the offense of Aggravated Assault with a Deadly Weapon under section 22.02 of the Texas Penal Code,Constituted Ineffective Assistance of Counsel on Appeal in Violation of the Texas Constitution and the U.S.Const Amends VI and XIV,a fundamental Miscarriage of Justice. See,(Appellate Brief In Case Appeal No.01-03-012118-CR).

End of Error.

Rev. 01/14/14



11

Rev. 01/14/14

**GROUND FOUR:**

_____

_____

**FACTS SUPPORTING GROUND FOUR:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12

13

**GROUND:**

_____

_____

**FACTS SUPPORTING GROUND:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

14

Rev. 01/14/14



15

**WHEREFORE, APPLICANT PRAYS THAT THE COURT GRANT APPLICANT RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.**

## VERIFICATION

This application must be verified or it will be dismissed for non-compliance. For verification purposes, an applicant is a person filing the application on his or her own behalf. A petitioner is a person filing the application on behalf of an applicant, for example, an applicant's attorney. An inmate is a person who is in custody.

The inmate applicant must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public. If the inmate is represented by a licensed attorney, the attorney may sign the "Oath Before a Notary Public" as petitioner and then complete "Petitioner's Information." A non-inmate applicant must sign the "Oath Before a Notary Public" before a notary public unless he is represented by a licensed attorney, in which case the attorney may sign the verification as petitioner.

A non-inmate non-attorney petitioner must sign the "Oath Before a Notary Public" before a notary public and must also complete "Petitioner's Information." An inmate petitioner must sign either the "Oath Before a Notary Public" before a notary public or the "Inmate's Declaration" without a notary public and must also complete the appropriate "Petitioner's Information."

**OATH BEFORE A NOTARY PUBLIC**

STATE OF TEXAS

COUNTY OF _____

_____, being duly sworn, under oath says: "I am the applicant / petitioner (circle one) in this action and know the contents of the above application for a writ of habeas corpus and, according to my belief, the facts stated in the application are true."

_____
Signature of Applicant / Petitioner (circle one)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20_____.

_____
Signature of Notary Public

16

Rev. 01/14/14

## PETITIONER'S INFORMATION

Petitioner's printed name: **Mr.James Albert Duke #1188448**

State bar number, if applicable: **none**

Address: **2665 Prison Rd.#1,Eastham**

**Lovelady,Texas 75851**

Telephone: **963-636-7321**

Fax:

## INMATE'S DECLARATION

I, **James Albert Duke** , am the (applicant)/ petitioner (circle one) and being presently incarcerated in **(TDCJ) Eastham Unit** , declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on 29th June ,20 15

Signature of Applicant / Petitioner (circle one)

17

## PETITIONER'S INFORMATION

Petitioner's printed name: __Mr.James Albert Duke #1188448__

Address: __2665 Prison Rd.#1,Eastham__

__Lovelady,Texas 75851__

Telephone: __936-636-7321__

Fax: _____

Signed on __29th June__, 20 __15__.

_James d Duke_

Signature of Petitioner

18

Rev. 01/14/14

No._____

| | | |
|---|---|---|
| EX PARTE | X | IN THE DISTRICT COURT |
| | X | TRINITY COUNTY, TEXAS |
| JAMES ALBERT DUKE | X | 411th JUDICIAL DISTRICT |

### APPLICANT'S REQUEST FOR LEAVE TO FILE MOTION THAT TRIAL COURT TAKE JUDICIAL NOTICE OF ADJUDICATED FACTS,RULE 201 TEX.R.OF EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Applicant,James Albert Duke,moves this Honorable Court to Grant Applicant's Request For Leave That Trial Court Take Judicial Notice Of Adjudicated Facts,Rule 201 of the Texas Rule of Evidence. This rule governs only Judical Notice of Adjudicated Facts.

1. A Judge have the authority to take Adjudicative Notice of Fats if requested by a party and supplied with the necessary information is Mandatory.

2. A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

3. A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed. In the absence of prior notification,the request may be made after judicial notice has been taking.

4. Judicial notice may be takien at any time or stage of the proceeding.

1.

5.    Applicant hereby request that the court take judicial notice of the District Clerk of Gove Groveton,Trinity County,Texas (Records) pretaining to Cause No.8671,and hereby designates and specifies the following matters for inclusion in said records;

1.    Index;

2.    Indictment;

3.    All written motions and pleas filed in this Court from the date of indictment to this date of filing this motion by defendant;

4.    All written motions filed by the state and Applicant';

5.    All court orders herein;

6.    Jury charge to the jury and any objections filed;

7.    All docket entries made in this cause by and judge presiding;

8.    The judgment and sentence herein;

9.    Defendant's written notice of appeal;

10.   Request for reporter's stranscription of notes;

11.   Clerk's records;

12.   Report's records Volumes 1 through 4 of 4 volumes;

WHEREFORE,PREMISES CONSIDERED, Applicant prays the Court grant his request to take judicial notice of facts designated in cause No.8671 of the District Clerk of Groveton Trinity County,Texas.

RESPECTFULLY SUBMITTED,

_____
JAMES ALBERT DUKE
TDCJ# 1188448,Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

2.

## Certificate of Service

I certify that a true and correct copy of the foregoing was served upon the Trinity County District Clerk's Office in accordance with the Texas Rule of Criminal Procedure on this 29th day of _____June_____, 2015.

X _____James a Duke_____
James Albert Duke

No._____

EX PARTE          X          IN THE DISTRICT COURT

                  X          TRINITY COUNTY,TEXAS

JAMES ALBERT DUKE          X          411th JUDICIAL DISTRICT


## ORDER ON MOTION TO TAKE JUDICIAL NITOCE

On this day of_____,20\_\_\_\_,came on
to be considered the Applicant's Motion To Request Leave To
Take Judicial Notice of Facts and the Court is of the opinion
that the Motion should be;


_____Granted


_____Denied


_____
Presiding Judge

No._____

| EX PARTE | X | IN THE DISTRICT COURT OF |
| | X | TRINITY COUNTY, TEXAS |
| JAMES ALBERT DUKE | X | 411th JUDICIAL DISTRICT |

APPLICANT'S REQUEST FOR LEAVE TO FILE MOTION FOR
NEW TRIAL TO SET ASIDE A SENTENCE BASED ON THE
PLEA OF ACTUAL INNOCNECE AND INEFFECTIVE ASSISTANCE
OF COUNSEL CLAIMS, RULE 21 TEX RULE APP PROCEDURE

TO THE HONORABLE JUDGE OD SAID COURT:

Applicant, James Albert Duke, moves this Honorable Court to Grant

Applicant's Request For Leave To File Motion For New Trial To Set Aside

A Sentence Based on the Plea of Actual Innocence and Inneffective

Assistance of Counsel in this case, was a denial to a fair trial, a

fundamental error, and in conflict with the law of the State of Texas,

and in Violation of the U.S.Const Amends VI and XIV Rights of Applicant.

Specifically, including but not limited to:

1.    Applicant presents an Extraordinary Matters and Contemporaneously

files an Application for writ of habeas corpus under Art.11.07, Art.11.073,

of the Texas Code of Criminal Procedure, and Rule 72 of the Texas Rule of

Appellate Proceedures.

2.    Applicant's Actual Innocnece Claim, A Schlup-Claim, is a

Procedual Type Claim, in which Applicant's Claim of Actual Innocence dose

not provide a basis for relief, but is tied to the showing of Constitutional

Error at trial and on appeal os Ineffective Assistance of Counsel in

Violation of the U.S.Const Amends VI and XIV, that have resulted in a

Miscarriage of Justice.

1.

3.     Applicant received Ineffective Assistance of Counsel at trial in the (Sentencing Phase) in the following ways; 1).Counsel's failure to research the law of this case and advance applicant's defense; 2). Counsel's failure to object to the Court's charge to the jury to preserve any error for (Appellate Review) as required by law;and 3). Counsel's failure to request a jury instruction that the Court charge the jury on the law of Justification of Necessity or Self-Defense,and or Self-Defense Apparent Danger raised by the evidence.

## CONSTITUTIONAL ERROR OF INEFFECTIVE COUNSEL ON APPEELATE REVIEW:

4.     Applicant Appellate Counsel's failure to raise an issue arguing that counsel were ineffective in failing to; 1). Research the law available in this case and advance the law regarding Applicant's only defense; 2). Object to the Court's charge to the jury to preserve the asserted error for Appellate Review;and 3).Request a jury instruction that the court's charge charge the jury on the law of Justification of Necessity or Self-Defense and Self-Defense Apparent Danger.

5.     Appellate Counsel were Ineffective on Direct Appeal where Counsel presented a claim of arguable merit of victim's character evidence is allowed,and Counsel (Affirmatively) arguad against Applicant's case that the trial court have  shoulM have allowed testimony from the witness, Julie Loitz,about the victim's prior convictions or drug charges.Counsel relied upon Article 38.36 of the Code of Criminal Procedure,this statutory provision only applies in murder prosecutions.Applicant plead guilty to the charge of Aggravated Assault with a deadly weapon.

2.

Constituted Ineffective Assistance of Counsel.

RESPECTFULLY SUBMITTED

X _James A Duke_
James Albert Duke
TDCJ# 1188448,Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851


pro se

## certificate of service

I de certify that a true and correct copy of the foregoing was served upon the Trinity County District Clerk's Office in accordance with the Texas Rule of Criminal Procedure on the 29th day of _June_ 2015.

X _James A Duke_
James A.Duke

## unsworn declaration

COMES NOW,Applicant,James Albert Duke,TDCJ# 1188448,am presently incarcerated at the (TDCJ) Eastham Facility situated in Lovelady,Texas Houston County.Do declare under penalty of purjury that the foregoing are true and facts in said Motion For New Trial To Set Aside A Sentence are true and correct. Tex.Civ.Prec & Rem.Code §§§§§§91-3,Executed on this 29th day of _June_ ,2015.

X _James A Duke_

JAMES a.dUKE

3.

No. _____

| | | |
|---|---|---|
| EX PARTE | X | IN THE DISTRICT COURT |
| | X | TRINITY COUNBY, TEXAS |
| JAMES ALBERT DUKE | X | 411th JUDICIAL DISTRICT |

## ORDER ON MOTION FOR NEW TRIAL

On this the _____ day of _____, 20_____, came toobe considered the Applicant's Motion For New Trial and the Court is of the opinion that the Motion should be;

_____ Granted

_____ Denied

_____
Presiding Judge

Notice(s): WR-82,319-01
From: ccanoticingservice@txcourts.gov
Sent: Mon, Mar 30, 2015 at 6:01 pm
To: tcdc@co.trinity.tx.us

Ethib (9)

MANDAMUS REMINDER LETTER__FILECOPY.pdf (122.9 KB)

You have received notice(s) for the following case(s):

WR-82,319-01
WOLF, DWIGHT

Files
MANDAMUS REMINDER LETTER__FILECOPY.pdf



COPY

Thank you,
Abel Acosta, Clerk
Court of Criminal Appeals

Do not reply to this message. If you have questions, please contact the Court at (512) 463-1551.

Notice(s): WR-82,319-02, WR-82,319-01
From: ccanoticingservice@txcourts.gov
Sent: Fri, Apr 10, 2015 at 6:00 pm
To: tcdc@co.trinity.tx.us

(Exhib (9)

11.07 WRIT RECEIVED_WRIT__FILECOPY.pdf (100.7 KB)    SUPP RECD__FILECOPY.pdf (98.5 KB)  — **Download all**

You have received notice(s) for the following case(s):

WR-82,319-01
WOLF, DWIGHT

Files
SUPP RECD__FILECOPY.pdf

WR-82,319-02
WOLF, DWIGHT                                    COPY

Files
11.07 WRIT RECEIVED_WRIT__FILECOPY.pdf

Thank you,
Abel Acosta, Clerk
Court of Criminal Appeals

Do not reply to this message. If you have questions, please contact the Court at (512) 463-1551.

Exhib (8)

No._____

| | | |
|---|---|---|
| EX PARTE | X | IN THE DISTRICT COURT OF |
| | X | TRINITY COUNTY, TEXAS |
| JAMES ALBERT DUKE | X | 411th JUDICIAL DISTRICT |

## APPLICANT'S REQUEST FOR APPOINTMENT OF COUNSEL
## AND REQUEST FOR EVIDENTIARY HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Applicant, James Albert Duke, pro se, in the above styled and numbered cause, and files his Request For Appointment of Counsel to represent him in the Extraordinary Matters of his Application for writ of habeas corpus Art.11.07, Art.11.073, and Art.1.051 of the Texas Code of Criminal Procedure, Rule 6, and Rule 72 of the Texas Rule of Appellate Procedures, and Request for Evidentiary Hearing in this cause.

### I.

Applicant contemporaneuosly files an Application for writ of habeas corpus under Art.11.07, Art.11.073 of the Texas Code of Criminal Procedures, asserting the claim of Actual Innocence, and Ineffective Assistance of Counsel at trial and on appeal.

### II.

Applicant asserts that he is entitled to Appointment of Counsel to represent his claim of Actual Innocence and Ineffective Assistance of Counsel at trial and on appeal, denied his right to a fair trial, a Fundamental Error, and his right to Effective Counsel at trial and on appeal in Violation of the U.S.Const Amend VI and XIV.

1.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant moves this Honorable Court to Grant his Request for Appoinment of Counsel to Represent His Extraordinary Matters filed under Art.11.07, Art.11.073, and Art.1.051 of the Texas Code of Criminal Procedures, and Rule 6, and Rule 72 of the Texas Rule of Appellate Procedures, and Evidentiary Hearing held in this cause.

RESPECTFULLY SUBMITTED,

JAMES A. DUKE
TDCJ# 1188448, Eastham
2665 Prison Rd, #1
Lovelady, Texas 75851

## VERIFICATION

I, Applicant, James A. Duke, TDCJ# 1188448, am presently incarcerated at the (TDCJ) Eastham Facility situated in Lovelady, Texas Houston County, Declare under penalty of purjury that the facts stated in this document are true and correct. Executed on this 29th day of JUNE ,2015.

James A. Duke

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Applicant's Request For Appointment of Counsel to Represent his Application for writ of habeas corpus and Evidentiary Hearing held in this cause, have been served on the District Clerk of Trinity County on this 29th day of JUNE ,2015.

James A. Duke

2.

## ORDER FOR APPOINTMENT OF COUNSEL AND
## REQUEST FOR EVIDENTIARY HEARING

Came on this day for consideration,Applicant's Request for Appointment of Counsel to represent him and Request for Evidentiary Hearing in the Extraordinary Matters in Applicant's Application for writ of habeas corpus Art.11.07,Art.11.073,Art. 1.051 of the Texas Code of Criminal Procedures.

The Court have considered Applicant's Motion in support of his writ of habeas corpus and request for an Evidentiary Hearing and representation by Counsel in his criminal proceedings, including his appeal, IT IS HEREBY:

ORDERED, that counsel shall be appointed to represent Applicant pursuant to Art.1.051 and Rule 6. ACCORDINGLY, FOLLOWING COUNSEL IS HEREBY APPOINTED AND INSTRUCTED TO CONTACTED  his/her client regarding this matter.

Name._____

Address._____

_____

_____

_____

IT IS FURTHER ORDERED, that a copy of this order shall be served on Applicant'and all parties by the Clerk of the Court of Trinity County,Texas.

_____
JUDGE PRESIDING

3.

Ethib (10)

Mr.James Albert Duke
TDCJ# 1188448/Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

July 13,2015        Certified Mail: #7011 3500 0002 4016 4633

Hon.Kristen Relford
District Clerk of Trinity County
162 W.First Street,Court House
Groveton,Texas 75845

RE: THE STATE OF TEXAS V. JAMES ALBERT DUKE,Case NO.8671;
    Applicant's Application for Writ of Habeas Corpus Art
    11.07,Motion for Leave to File Request for Appointment
    of Counsel,Motion for New Trial,and Motion to take
    Judicial Notice of Facts;

Dear Hon.Kristen Relford,Clerk:

        The purpose of this inquiry is to respond to your (Notice)(S) dated
July 6,2015, informing me that you forwarded my (First) Habeas Corpus
Application or (Mandamus) WR,82,319-01,March 30,2015,and that you
have forwarded my (Second) Habeas Corpus Application (Notice) WR-82,319-02,
April 10,2015.

Dear Hon.Relford,the (Errors) in your (Notices) forwarded to me must be
acknowledged and corrected immediately. First,my name is not WOLF,DWIGHT,
and my case Number is not WR-82,319.

My name is James Albert Duke,and my case Number is #8671.Please
make the appropriate corrections.

I Thank YOu For Your Time And Consideration.
I Await Your Response.I Remain.

Sincerely,                                    cc/jpe/jad
                                               File
James a. Duke

James Albert Duke
            (PLA)

 Exhib (11)



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL
## APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

July 9, 2015

Trinity County District Clerk
Kristen Raiford
P. O. Box 549
Groveton, TX 75845

Re: James Albert Duke
Trial Court Case Number: 8671

Dear Clerk:

This Court is in receipt of the clerk's record, filed under the above named applicant, pursuant to Article 11.07 of the Code of Criminal Procedure.

We are returning this record because it does not contain an Article 11.07 "Application for Writ of Habeas Corpus" and cannot be processed by this Court.

Please call if you have any questions.

Sincerely,

Abel Acosta
Clerk

AA/dw

FILED
AT 9:00 O'CLOCK A M

FEB 18 2015

Kristen Raiford
District Clerk, Trinity, Co.

No. 8671

EX PARTE                          X        IN THE DISTRICT COURT

                                  X        TRINITY COUNTY,TEXAS

JAMES ALBERT DUKE                 X        411th JUDICIAL DISTRICT


APPLICANT'S REQUEST FOR LEAVE TO FILE MOTION
THAT TRIAL COURT TAKE JUDICIAL NOTICE OF
ADJUDICATIVE FACTS ,RULE 201 TEX R.OF EVID

TO THE HONORABLE JUDGE OF SAID COURT:

Applicant,James Albert Duke,moves this Honorable Court to Grant Applicant's Request For Leave That Trial Court Take Judicial Notice Of Adjudicative Facts, Rule 201, of the Texas Rule of Evidence. This rule governs only Judicial Notice of Adjudicative Facts.

1.    A Judge have the authority to take  Adjudicative Notice of Facts if requested by a party and supplied with the necessary information is Mandatory.

2.    A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

3.    A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed. In the absence of prior notification,the request may be made after judicial notice has been taken.

4.    Judicial notice may be taken at any time or  stage of the proceeding.

1.

5.     Applicant hereby request that the court take judicial notice of the District Clerk of Groveton,Trinity County,Texas (Records) pretaining to cause No.8671,and hereby designates and specifies the following matters for inclusion in said records;

1.     Index;

2.     Indictment;

3.     All written motions and pleas filed in this Court from the date of indictment to this date by the defendant;

4.     All written motions by the state and applicant;

5.     All court orders herein;

6.     Jury charge to the jury and any objections filed;

7.     All docket entries made in this cause by any Judge presiding;

8.     The Judgment and sentence herein;

9.     Defendant's written notice of appeal;

10.    Request for reporter's stranscription of notes;

11.    Clerk's records;

12.    Reporter's records Volumes 4 of 4 volumes;

WHEREFORE,PREMISES CONSIDERED, Applicant prays the Court grants his request to take judicial notice of facts designated in cause No.8671 of the District Clerk of Groveton Trinity County,Texas.

RESPECTFULLY SUBMITTED.

_____
James Albert Duke
TDCJ# 1188448,Eastham
2665 Prison Rd,#1
Lovelady,Texas 75851

pro se

certificate of service

I certify that a true and correct copy of the foregoing was served upon the Trinity Couty District Clerk's Office in accordance with the Texas Rule of Criminal Procedure on this 9th day of _February_ ,2015.

James A.Duke

NO._____

EX PARTE               X        IN THE DISTRICT COURT

                                X        TRINITY COUNTY, TEXAS

JAMES ALBERT DUKE        X        411th JUDICIAL DISTRICT

### ORDER ON MOTION TO TAKE JUDICIAL NOTICE

On this the\_\_\_day of_____,20\_\_\_\_,came on
to be considered the Applicant's Motion For Leave To Take
Judicial Notice of Facts and the Court is of the opinion that
the Motion should be:

_____Granted

_____Denied

 

 

                                        _____
                                        Presiding Judge

FILED
AT 9:00 O'CLOCK A.M
FEB 18 2015
Kristen Raiford
District Clerk, Trinity, Co.

No. 8671

EX PARTE      X      IN THE DISTRICT COURT OF

     X      TRINITY COUNTY,TEXAS

JAMES ALBERT DUKE      X      411th JUDICIAL DISTRICT

### APPLICANT'S REQUEST FOR APPOINTMENT OF COUNSEL AND REQUEST FOR EVIDENTIARY HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Applicant,James Albert Duke,pro se, in the above styled and numbered cause,and files his Request For Appointment of Counsel to represent him in the Extraordinary Matters of his Application for writ of habeas corpus Art.11.07,Art.11.073,and Art.1.051 of the Texas Code of Criminal Procedure, Rule 6,and Rule 72 of the Texas Rule of Appellate Procedures,and Request for Evidentiary Hearing in this cause.

I.

Applicant contemporaneously files an Application for writ of habeas corpus under Art.11.07,Art.11.073 of the Texas Code of Criminal Procedures, asserting the claim of Actual Innocence,and Ineffective Assistance of Counsel at trial and on appeal.

II.

Applicant asserts that he is entitled to Appointment of Counsel to represent his claim of Actual Innocence and Ineffective Assistance of Counsel at trial and on appeal,denied his right to a fair trial,a Fundamental Error,and his right to Effective Counsel at trial and on appeal in Violation of the U.S.Const Amend VI and XIV.

1.

## PRAYER

WHEREFORE,PREMISES CONSIDERED, Applicant moves this Honorable Court to Grant his Request for Appointment of Counsel to represent his Extraordinary matters filed under Art.11.07,Art.11.073,and Art.1.051 of the Texas Code of Criminal Procedures,and Rule 6,and Rule 72 of the Texas Rule of Appellate Procedures,and Evidentiary Hearing held in this cause.

RESPECTFULLY SUBMITTED,

*James Duke*

JAMES A.DUKE
TDCJ#1188448,EASTHAM
2665 PRISON RD.#1
LOVELADY,TEXAS 75851

## VERIFICATION

I,Applicant,James A.Duke,TDCJ# 1188448,am presently incarcerated at the (TDCJ) Eastham Facility situated in Lovelady, Texas Houston County.Declare under penalty of purjury that the facts stated in this document are true and correct. Executed on this 9th day of *February* ,2015.

*James Duke*
James A.Duke

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Applicant's Reques for Appointment of Counsel to represent his Application for writ of habeas corpus and Evidentiary Hearing held in this cause,have been served on the District Clerk of Trinity County on this 9th day of *February* .2015

*James Duke*
James A.Duke

Page 2.

## ORDER FOR APPOINTMENT OF COUNSEL AND
## REQUEST FOR EVIDENTIARY HEARING

Came on this day for consideration,Applicant's Request for Appointment of Counsel to represent him and Request for evidentiary Hearing in the Extroardinary matters in Applicant's Application for writ of habeas corpus Art.11.07,Art.11.073,and Art.1.051 of the Texas Code of Criminal Procedures.

The Court have considered Applicant's Motion in support of his writ of habeas corpus and request for an Evidentiary Hearing and representation by Counsel in his criminal proceedings,including his appeal,IT IS HEREBY,

ORDERED, that counsel shall be appointed to represent Applicant pursuant to Art.1.051 and Rule 6. ACCORDINGLY, following counsel is hereby appointed and instructed to contact his/her client regarding this matter.

Name._____

Address._____

_____

_____

_____

IT IS FURTHER ORDERED, that a copy of this order shall be served on Applicant and all parties by the Clerk of the Court of Trinity County,Texas

_____
JUDGE PRESIDING

Page 3.

No. 8671

| EX PARTE | X | IN THE DISTRICT COURT |
|---|---|---|
| | X | TRINITY COUNTY,TEXAS |
| JAMES ALBERT DUKE | X | 411th JUDICIAL DISTRICT |

APPLICANT' REQUEST FOR LEAVE TO FILE MOTION FOR
NEW TRIAL TO SET ASIDE A SENTENCE BASED ON THE
PLEA OF ACTUAL INNOCENCE AND INEFFECTIVE ASSISTANCE
OF COUNSEL CLAIMS,RULE 21 TEX RULE APP PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Applicant,James Albert Duke,moves this Honorable Court to Grant

Applicant"s Request for Leave to File Motion for New Trial To Set Aside

A Sentence Based on the Plea of Actual Innocence and Ineffective

Assistance of Counsel in this case,was a denial to a fair trial,a

fundamental error,and in conflict with the law of the State of Texas,

and in Violation of the U.S.Const Amends VI and XIV Rights of Applicant.

Specifically,including but not limited to:

1.    Applicant presents an Extraordinary Matters and Contemporaneously

files an Application for writ of habeas corpus under Art.11.07,Art.11.073,

of the Texas Code of Criminal Procedure,and Rule 72 of the Texas Rule of

Appellate Procedures.

2.    Applicant's Actual Innocence Claim,A Schlup-Claim,is a

Procedural Type Claim,in which Applicant'a Claim of Actual Inncence dose

not provide a basis for relief,but is tied to the showing of Constitutional

Error at trial and on appeal of Ineffective Assistance of Counsel in

Violation of the U.S.Const Amends VI and XIV,that have resulted in a

Miscarriage of Justice.

1.

FILED
AT 9:00 O'CLOCK A M
FEB 18 2015
Kristen Raiford
District Clerk Trinity, Co.

3.      Applicant received Ineffective Assistance of Counsel at trial in the (Sentencing Phase) in the following ways; 1). Counsel's failure to research the law of this case and advance applicant's defense; 2). Counsel's failure to object to the Court's charge to the jury to preserve any error for (Appellate Review) as required by law; and 3). COunsel's failure to request a jury instruction that the Court charge the jury on the law of Justification of Necessity or Self-Defense,and or Self-Defense   Apparent Danger raised by the evidence.

## CONSTITUTIONAL ERROR OF INEFFECTIVE COUNSEL ON APPELLATE REVIEW:

4.     Applicant Appellate Counsel's failure to raise an issue arguing that counsel were ineffective in failing to ; 1).Research the law available in this case and advance the law regarding Applicant's only defense; 2). Object to the Court's charge to the jury to preserve the asserted error for Appellate Review; and 3). Request a jury instruction that the court's charge charge the jury on the law of Justification of Necessity or Self-Defense and or Self-Defense Apparent Danger.

5.     Appellate Counsel were Ineffective on direct appeal where Counsel presented a claim of arguable merit of victim's character evidence is allowed,and Counsel (Affirmatively) argued against Applicant's case that the trial court have should have allowed testimony from the witness, Julie Loitz, about the victim's prior convictions on drug charges.Counsel relies upon At-Article 38.36 of the Texas Code of Criminal Procedure,this statutory provision only applies in murder prosecutions.Applicant plead guilty to the charge of Aggravated Assault with a Deadly Weapon.

2.

Constituted Ineffective Assistance of Counsel.

RESPECTFULLY SUBMITTED,

_James Duke_

James Albert Duke
TDCJ# 1188448,Eastham
2665 Prison Rd.#1
Lovelady,Texas 75851

pro se

## certificate of service

I certify that a true and correct copy of the foregoing was served upon the Trinity County District Clerk's Office in accordance with the Texas Rule of Criminal Procedure on this 9th day of _February_ ,2015.

_James Duke_

James A,Duke

## unsworn declaration

COMES NOW,Applicant,James Albert Duke,TDCJ# 1188448,am presently incarcerated at the (TDCJ) Eastham Facility situated in Lovelady,Texas Houston County.Do declare under penalty of purjury that the foregoing facts in thie Motion For New Trial To Set Aside A Sentence are true and correct.
Tex.Civ.Prac & Rem.Code §132.001-3,Executed on this 9th day of _February_ ,2015.

_James Duke_

James A.Duke

3.

No._____

EX PARTE             X      IN THE DISTRICT COURT

                             X      TRINITY COUNTY,TEXAS

JAMES ALBERT DUKE        X      411th JUDICIAL DISTRICT

## ORDER ON MOTION FOR NEW TRIAL

On this the_____day of_____,20____,came to be considered the Applicant's Motion For New Trial and the Court is of the opinion that the Motion should be:


_____Granted


_____Denied



                                  _____
                                  Presiding Judge